### Jose Gonzalo ITUARTE–OLIVAS, Petitioner,

v.

### Eric H. HOLDER, Jr., Attorney General, Respondent.

### No. 07–73344.

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.*

Filed June 1, 2011.

Ian Silverberg, Esquire, Hardy Law Group, Reno, NV, for Petitioner.

OIL, Lindsay Williams Zimliki, David V. Bernal, Assistant Director, Anthony Cardozo Payne, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

### MEMORANDUM **

Jose Gonzalo Ituarte–Olivas, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for adjustment of status pursuant to the Child Status Protection Act ("CSPA"). We review de novo legal questions. *Padash v. INS*, 358 F.3d 1161, 1168 (9th Cir.2004). We deny the petition for review.

The agency did not err in denying Ituarte–Olivas' application for adjustment of status because Ituarte–Olivas did not demonstrate that he was eligible to adjust status under the CSPA where he failed to apply for adjustment of status within one year of when his priority date became current. *See* 8 U.S.C. § 1153(h)(1)(A)-(B); *see also Padash*, 358 F.3d at 1167–68.

This decision is without prejudice to Ituarte–Olivas' ability to seek adjustment as an adult child of a lawful permanent resident.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.